UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DORIS FRANKLIN,

        Plaintiff,        CIV. S-04-0598-PAN

    v.

JO ANNE B. BARNHART,        ORDER
Commissioner of Social
Security,

        Defendant.

—o○o—

On April 11, 2005, plaintiff's counsel was ordered to show cause why this action should not be dismissed for failure to serve process upon defendant. The time to respond has passed and Mr. Shore has failed to file proof of service upon defendant or otherwise respond the order.

Good cause appearing therefor, this case is dismissed.

Dated: May 11, 2005.

        /s/ Peter A. Nowinski
        PETER A. NOWINSKI
        Magistrate Judge